IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARITY TERESA MARSHALL | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-cv-01089-E (BT) |
| | § | |
| EARESTEW & YOUNG, et al., | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On April 10, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) to dismiss Plaintiff's case without prejudice for lack of subject matter jurisdiction. ECF No. 5. Plaintiff has since filed documents (ECF Nos. 6-9) that the Court has treated as objections to the FCR and has reviewed the FCR *de novo*. None of these filings, however, establish a basis for this Court's subject matter jurisdiction over this case or a basis to infer that Plaintiff could amend her complaint to invoke this Court's jurisdiction.

Thus, after reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, Plaintiff's action will be **DISMISSED** without prejudice.

SO ORDERED.

April 27, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE